IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID OLEYNIK, et ux., | * |
| Plaintiffs, | * |
| v. | *    Civil Action No: L02-2106 |
| HOME DEPOT, U.S.A., INC., et al., | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

**UPON CONSIDERATION** of the Consent Motion to Consolidate, it is hereby **ORDERED** this 22nd day of July, 2002 that the Consent Motion to Consolidate is granted, and it is further **ORDERED**

That <u>Oleynik, et. ux. v. Home Depot U.S.A., Inc., et. al.</u>, with case number L02-2106 is hereby consolidated with <u>Oleynik, et. ux. v. Home Depot U.S.A., Inc., et. al.</u>, with case number 02 CV1981. Thus, the matter which will be known as <u>Oleynik, et ux. v. Home Depot U.S.A., Inc.</u>, et al. with case number 02 CV1981.

_____
Benson Legg
Judge

cc:

John R. Pehnallegon
John T. Sly
Matthew Angotti

BALT01:528590v1|000001-#BRCH|07\08\02